UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

JASON J. SCOTT and                              ORDER GRANTING LEAVE TO
CLICHELLE C. SCOTT,                             AMEND COMPLAINT

        Debtors.

**************************************************

JOHN O. MURRIN and
DeVONNA K. MURRIN,

        Plaintiffs,                              BKY 07-30643

v.                                              ADV 07-3110

CLICHELLE C. SCOTT, CFO OF
ACCREDITED FINANCIAL SERVICES,
AND JASON J. SCOTT,

        Defendants.

****************************************************************************************************

At Minneapolis, Minnesota, this 15th day of January, 2008.

This adversary proceeding came on before the Court on January 14, 2008, for hearing on the Plaintiffs' renewed motion for leave to amend their complaint. John O. Murrin appeared as movant. William G. Selman, III, appeared on behalf of the Defendants. Upon the record made at the hearing,

IT IS HEREBY ORDERED:

1. The Plaintiffs' motion for leave to amend their complaint is granted.

2. No later than *February 4, 2008*, the Defendants shall serve and file an amended answer to the amended complaint filed as an exhibit to the Plaintiffs' present motion.

3. The Defendants' motion for an award of attorney fees is denied, without prejudice to their right to seek relief under Fed. R. Bankr. P. 9011 as to the costs of responding to this motion, later in the litigation of this adversary proceeding.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/15/08
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

BY THE COURT:

/e/ *Gregory F. Kishel*

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE